SXN

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

RECEIVED

JAN 06 2017

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

TALMON HEGWOOD

(Enter above the full name of the plaintiff or plaintiffs in this action)

vs.

1:17-cv-0128
Judge Andrea R. Wood
Magistrate Judge Sidney I. Schenkier
PC1

Nneka Jones Tapia, Executive Director, TERESA OLSON
TONY PRECKWINKLE, Cook County Commissioner
MARETTA LAKE, Supervisor Cook County Department of Corrections Law Library
LESTER HAMPTON, CRW Supervisor of CRWs
TOM DART, Sheriff of Cook County, Illinois

(Enter above the full name of ALL defendants in this action. Do not use "et al.")

**CHECK ONE ONLY:**

X **COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983 U.S. Code** (state, county, or municipal defendants)

____ **COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE 28 SECTION 1331 U.S. Code** (federal defendants)

____ **OTHER** (cite statute, if known)

***BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR FILING." FOLLOW THESE INSTRUCTIONS CAREFULLY.***

**I. Plaintiff(s):**

A. Name: Talmon Hegwood, Jr.

B. List all aliases: A copy of the Criminal History Report wherein an "alias" was allegedly used is annexed hereto or shall be made available to the court, as Exhibit A

C. Prisoner identification number: 20161204093

D. Place of present confinement: Cook County Department of Corrections

E. Address: P.O. Box 089002 Chicago, IL 60608

(If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, place of confinement, and current address according to the above format on a separate sheet of paper.)

**II. Defendant(s):**

(In **A** below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in **B** and **C**.)

A. Defendant: Nneka Jones-Tapia

Title: Executive Director

Place of Employment: Cook County Department of Corrections including but not limited satelite facilities

B. Defendant: Tony Preckwinkle

Title: Commissioner responsible for CCDOC budget including but not limited to detainee medical treatment

Place of Employment: Cook County, Illinois

C. Defendant: Marretta Lake

Title: Supervisor

Place of Employment: Cook County Department of Corrections

(If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

**III. List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:**

A. Name of case and docket number: See Attachments (which should list each "ALL lawsuits Hegwood has filed in state and federal Courts. Also, see letters to Clerks

B. Approximate date of filing lawsuit: See A above

C. List all plaintiffs (if you had co-plaintiffs), including any aliases: See A above. Hegwood is a sixty eight (68) year old African American male adult citizen of the United States-advanced age has caused a very serious mememory loss.

D. List all defendants: This case and the facts relating to Hegwood presents a significant EMERGENCY situation calling for the Court's indulgence. For example, Hegwood may expire from a disease that is curable unless the Court intervene

E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): The conduct of the defendants has caused Hegwood to develope hemangioma on liver

F. Name of judge to whom case was assigned: The conduct on the defendant's part has caused Hegwood's GLUCOSE to rise to a significantly

G. Basic claim made: harmful level. Most of the defendant's conduct has been in retalliation for Hegwood's exercise of his right to file Grievances

H. Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): Hegwood shall provide all information to the Court and the defendants as soon as same is available to Hegwood.

I. Approximate date of disposition: ______

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

**IV. Statement of Claim:**

State here as briefly as possible the facts of your case. Describe how each defendant is involved, including names, dates, and places. **Do not give any legal arguments or cite any cases or statutes.** If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

1. Talmon Hegwood, Jr. (Hegwood) brings this complaint under 42 USC. sections 1983, 1985(3) and asserts violations of his rights, privileges and immunities secured by the laws and constitution of the United States.

2. Hegwood is a sixty eight (68) African American male adult citizen of the United States

3. During the vast majority of the periods mentioned herein Hegwood was a pretrial detainee, charged with shoplifting and detained at the Cook County Department of Corrections (CCDOC) in the custody of Tom Dart (Dart) Sheriff of Cook County, Illinois.

4. Hegwood has completely exausted all available administrative remedies, more than once, by complying with the CCDOC administrative remedy Rules and Procedure to the letter, including but not limited to administrative complaints, administrative appeals, verbal complaints to Sheriff, Directors, Superintendents, Supervisory officials, written and typed letters, etc.

5. Defendant Nneka Jones-Tapia (Tapia) is the Executive Director at the Nation's largest and most populated single cite dentention center Known as the Cook County Department of Corrections, hereinafter (CCDOC)

6. Tapia is an African American female citizen of the United States and is also the recipient of a Doctor's degree in psychiatry.

7. Tapia is directly and indirectly responsible for the day to day operations at CCDOC and voluntarily accepted this responsibility; which includes but is not limited to writing policies; implementing directive governing CCDOC; hiring staff, from the Wardens, Superintendent and Directors to the Cooks and Janitors.

8. Tapia is responsible for having each CCDOC employee trained to so be able to be specialized in whatever field and/or assignment he or she may accept as an employee at CCDOC, including but not limited medical heath professionals, mental health professionals; social services, records office technicians and numerous other areas of operation not specifically referred to herein.

9. Tapia and Sheriff Tom Dart (Dart) are responsible for all official policies, customs and practices at CCDOC. including but not limited to how detainee's time in custody is calculated. Such is solely their responsibility which Tapia and/or Dart delegated to RECORD OFFICE at CCDOC.

10. During a period of imprisonment in the Illinois Department of Corrections (IDOC) because Hegwood was one of four inmates with "outside clearance" (which means Hegwood was trusted to perform job and prison program assignments out side of the confines of the IDOC penal facility) Hegwood was assigned as TRASH COMPACTOR OPERATOR (TCO).

11. Because the IDOC failed to provide Hegwood with protective gear and vaccines, and forced Hegwood to dump hazardous waste and material with regular trash (which was illegal and criminal) Hegwood became infected with a touch of Tuberculosis and Hepatitis C Virus (HCV)

12. HCV is a serious disease caused by a virus commonly Known as HCV and it has great potential to affect the functioning of an individual's liver. HCV is a deadly disease.

13. HCV is transmitted in various Known and unknown ways, including but not limited to blood-to-blood contact.

14. Just recently a cure to HCV was found that literally wipe the HCV from the body of an individual whom is infected.

15. Defendants Tapia, Dart, Preckwinkle, Lake and Hampton met together, established a protocal and effectively denied Hegwood minimally adequate treatment for his HCV and retaliated against Hegwood for filing grievances.

16. Defendant Tony Preckwinkle (Preckwinkle) Knowingly, intentionally, wilfully, systematically conspired with Dart, Tapia and others known and unknown to Hegwood and witheld funds that could and should have been appropriated to CCDOC to facilitate providing Hegwood and others similarly situated with minimally adequate treatment and/or CURE for HCV. The conspirators displayed deliberate indifference by implementing a policy and protocal requiring detainee's like Hegwood to show progressive fibrosis and/or chronic cirrhosis prior even an interview by "Dr. Z" the HCV and other fatal disease Specialist.

17. Honorable Judge Gregory Robert Ginex (Judge Ginex) signed and filed an ORDER requiring Preckwinkle, Dart and Tapia to provide Hegwood with treatment for his HCV. Defendant ignored the "ORDER" of Judge Ginex.

18. Honorable Judge Pamela M. Leeming (Judge Leeming) signed and filed an "ORDER" requiring Preckwinkle, Dart and Tapia to provide Hegwood with treatment for his HCV.

19. Honorable Judge Ann Finley-Collins (Judge Collins) signed and filed an "ORDER" requiring Preckwinkle, Dart and Tapia to provide Hegwood with treatment for HCV. Defendant's failed to comply with Court(s) orders.

20. Honorable Judge Geary Kull (Judge Kull) signed and entered an "ORDER" requiring Preckwinkle, Dart and Tapia to provide Hegwood with treatment for HCV. Defendants failed to comply with order.

21. Honorable Judge Marvin Ocassio (Judge Ocassio) signed and entered an "ORDER" requiring Preckwinkle, Dart and Tapia as the successor CCDOC Director to provide Hegwood with treatment for HCV.

22. Defendants named hereinabove and below, each of them, committed overt acts in furtherance of the conspiracy, which included causing Hegwood's time in custody to be miscalculated which caused Hegwood to be subjected to prolonged imprisonment by IDOC in violation of the rights to Due Process of law as-well-as the Eighth Amendment right not to be subjected to "cruel and unusual punishment."

23. Hampton, Jones and Defendant Teresa Olson (Olson) enacted a new policy aimed at Hegwood only which attempted to preclude Hegwood from securing "VERIFICATION OF INCARCERATION" necessary to substantiate that Hegwood was subjected to prolonged imprisonment.

24. Tapia implemented a scheme which was approved by Dart and Preckwinkle which was aimed at denying Hegwood and others similarly situated meaningfull access to health care notwithstanding Obama Care. For example, if and when Hegwood or other detainee illness require him or her to be examined or treated by a Doctor the detainee is escorted to Cermak Hospital (an on cite facility). After arriving at Cermak Hegwood and other are handcuffed, with hands behind the back, shackled with the shackles locked to a bench and, more often than not left is such a position for at least two (2) hours.

25. On one occasion Hegwood was left in the inhumane position for so long; he defecated on himself. Superintendent Jones and Sargeant Wiggins refused to allow Hegwood Hegwood to use the toilet at Cermak.

26. Hegwood fully exausted all available administrative remedies in relation to all of the facts elaborated hereinabove and below; despite the conduct of Hampton and those who conspired with him and Olson.

27. Hegwood diligently pursued the administrative resolutions available at CCDOC and IDOC and in June, 2016 his administrative remedy appeal was successful in that CCDOC finally provided him with "VERIFICATION OF INCARCERATION" which presents "proof positive" that Hegwood had been intentionally, systematically, deceitfully, maliciously and retaliatorily subjected to more than eight (8) months of prolonged imprisonment at an IDOC penal facility and at CCDOC.

28. Hegwood, in response to correspondence to and from Mr. Kenneth N. Flaxman, Esq., assisted more than three hundred (300) pretrial detainees and prison inmates to sign document identifying themselves as "class members" in CCDOC's Medication, Property and Dental Litigation. Copies of the documents that were submitted to Mr. Kenneth N. Flaxman by the more than three hundred pretrial detainees and prison inmates were made available to the Federal Bureau of Investigation (FBI) and United States Department of Justice (DOJ).

29. Both DOJ and FBI evinced concern and promptly responded to Hegwood and indicated they believed Hegwood's allegations and would

initiate an investigation.

30. Defendants Preckwinkle, Dart, Tapia (as successor in office) conspired inter se and punished Hegwood severely for being the Whistleblower to the FBI, DOJ and the Internal Revenue Service (IRS) and; reporting that Keefe Commissary Network (Keefe) had knowingly, intentionally, willfuly, deceitfully and systematically defrauded the IRS and failed to pay more than thirty million ($30,000,000.00) in taxes.

31. Hegwood prepared and filed a Form 211, Application for Award for Original Information dated March 3, 2015 with the IRS. The cause is styled and numbered Hegwood v IRS, Docket No. 7191-16W.

32. Defendants consistently interfered with Hegwood outgoing and incoming legal mail and caused substantial prejudice to Hegwood and his IRS cause described above.

33. Defendants Dart, Tapia and other who make and/or enforce the policies and directives at CCDOC have failed to make, write or implement an effective policy that provide for the protection of Hegwood and others similarly situated. The policies that are in place at CCDOC actually

condone, conduce and encourage violence.

34. Hegwood suffered damage to his eye, i.e., retna when a detainee was allowed out of his cell, came to Hegwood's cell and subjected Hegwood to what is commonly known by CCDOC staff and detainees as being "shit down." Hegwood and his cell-mate were shitted down and the reason is because Hegwood's cell mate was a White American.

35. After Hegwood was shitted down with feces, magic shave, window cleaner and urine (mixed together) in an Alberto VO5 Bottle (while locked in a cell) Hegwood and his cell mate were examined by a CCDOC Nurse who provided Hegwood with paper towels and some sort of saline solution to reduce the burning effects. The Nurse prepared a report and Hegwood and his cell mate were escorted to the Cermak Hospital albeit minimally adequate medical treatment was not provided. Hegwood suffered excrutiating pain, permanent injury, mental anguish, emotional distress and other anxieties too numerous to mention.

36. The detainee who attacked Hegwood as has been described herein above, used what is commonly Known by CCDOC officials, a "thirty popper." A thirty popper is a large bottle filled with feces, urine and magic shave and is supposed to take the place of an automatic weapon which "gang bangers" use in the streets of Chicago to murder females, young children, senior citizens and each other.

37. Hegwood fully exausted all available administrative remedies concerning each of the claims asserted hereinabove and below including but not limited to being held past his time in custody; being denied minimally adequate medical assistance and being shitted down.

38. In April, 2015 Defendant Dart and a crew of camera men visited CCDOC. Hegwood spoke verbally with defendant Dart, got down on one (1) Knee while the camera was being operated and stated to Dart: "I have

Hepatitis C. Sheriff please help me to get treatment." Sheriff please take this with you so you'll know my name and ID Number." Hegwood gave Dart a copy of a Medical Report concerning Hegwood's HCV and iron deficiency which the lack of treatment caused. The Medical Report was authored by Dr. Zawitz, an HCV Specialist who has a contract with CCDOC and the "CORE" Clinic located in the city of Chicago.

39. Each time the detainee who attacked Hegwood was let out of his cell - he shitted down another detainee or staff person; which should have put defendants Dart, Preckwinkle, Tapia and others on notice that Hegwood and others may be harmed.

40. Defendants Dart, Tapia, Preckwinkle and other have a written policy, custom and directive that enable defendants to deter Hegwood and others similarly situated from seeking and/or securing necessary medical assistance from Health Care Professionals at Stroger Hospital. A current copy of Hegwood's "Medication List" prepared by CCDOC physician assistant is attached hereto as Exhibit B

41. On three (3) distinct occasions Hegwood was transported to Stroger Hospital for a surgical procedure and; on each such occasion Hegwood was handcuffed with a BLACK or BLUEBOX type restraint; shackled around the ankles, and chained to a wall and forced to remain in that position for as long as five (5) hours. The Sheriff's Lockup at Stroger housed Hegwood in a CAGE with armed Sheriff's Deputies outside of the cage looking at Hegwood as if he is a gorilla or other dangerous animal.

42. Hegwood has completely exausted all available remedies with regards to being CAGED and shackled and handcuffed and chained to a wall. Defendants responded by stating; "it's Sheriff's policy. The response to the administrative remedy appeals are endorsed by defendant Teresa Olson who is culpable for circumventing the CCDOC's grievance process and attempting to deny Hegwood reasonable access to the Courts.

43. On numerous occasions Hegwood caused credible information to be sent to FBI, DOJ and IRS which revealed certain Individuals employed at CCDOC were culpable for "official misconduct"

because the CCDOC correctional employee used the CCDOC Computer System to access Child Pornography. Hegwood prepared and submitted at least seven (7) administrative remedy complaints to CCDOC officials concerning Staff's outrageous and criminal conduct described hereinabove.

44. On at least two (2) occasions a CCDOC employee was fired for using the CCDOC Computer System to access Child Pornography and/or bringing bootleg or regular videos into the CCDOC and viewing same on the CCDOC's Computer Screens. Hegwood was retaliated against for reporting CCDOC officers conduct to Federal Officials.

45. Subsequent to the "shit down" to which Hegwood was subjected as described in paragraph Hewood was denied a change of clothing and forced to appear in the Circuit Court (sitting in Maywood wearing the soiled and foul smelling attire. Hegwood suffered anguish and distress.

46. Hegwood's repeated requests to file criminal charges against the detainee who used the thirty popper on Hegwood was denied. Paragraphs and factual assertions elaborated in 33, 34, 36 and 37 are reasserted here seriatim and verbatim.

NEGLIGENCE

Cora -v- CHA 268 N.E. 2d 407 (1st-1971)

47. Defendant Lake, Hampton, Thomas Keel (Keel) Tapia, Dart and others Known and unknown to Hegwood conspired inter se and violated Hegwood's "clearly estabilished" constitutional right of access, and "meaningful access to the Courts. Hegwood suffered substantial damage with regards to pending civil litigation, irreparable harm and intentional infliction of emotional distress.

48. In connection with a misdemeanor shoplifting case pending in the Circuit Court of Cook County (CCCC) Case Number 15C440508, Honorable Judge Ann Finley-Collins (Judge Collins) signed and FILED an "ORDER" directing Lake, Keel, Dart and CCDOC staff to permit Hegwood to have physical access to one (1) of the ten (10) law libraries at CCDOC for the purpose of preparing his pro se defense. Defendant Lake stated "F.ck the Judge and you, too." The ORDER was not complied with. Lake met with Keel and Librarian Fitts and instructed them to ignore the Court's ORDER. Hegwood was prevented from preparing an adequate defense.

49. In connection with a shoplifting case Honorable Judge Pamela M. Leeming (Judge Leeming) signed and FILED an "ORDER" in connection with Case Number 14C4400634Z directing that Hegwood be allowed to have access to

one (1) of the ten (10) law libraries at CCDOC. Defendant Lake met with Keel, Muriel Gautier (Gautier) and Olson and conspired to deny Hegwood meaningful access to the Courts. The Court's order was ignored and Hegwood sustained injury to pending litigation and was subjected to the intentional infliction of emotional distress.

50. Hegwood has never caused any problems in any CCDOC law library.

51. On one (1) occasion Hegwood saved the life of a law librarian at a penal facility and was awarded extra good time by prison officials and Honorable Judge Thomas M. Tucker (Judge Tucker) had Hegwood writted to Court and reduced Hegwood's term of imprisonment as a result of "saving that woman's life."

52. In connection all of the numerous Court orders that Lake, Olson and others Known and unKnown to Hegwood ignored Hegwood filed grievances and administrative remedy appeals with CCDOC; however, as an overt act in the continuous conspiracy Olson, Hampton attempted to prevent Hegwood from exausting available administrative remedies. After complaining and writing letters to Tapia (Successor in office at CCDOC) many of Hegwood's grievances were responded to albeit all denied.

53. Hegwood has been singled out and charged more money for obtaining copies of document than any other CCDOC detainee. Ninety five (95%) percent of CCDOC detainee are provided copies of documents for free.

**V. Relief:**

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

Hegwood has no plain and adequate remedy at law to redress the wrongs described hereinabove and in the attached documents. Hegwood respectfully request a preliminary and perment injunction, a declaratory judgement, $ 3,000,000 in damages compensatory and $ 3,000,000 in punitive damages.

VI. The plaintiff demands that the case be tried by a jury. ☒ YES ☐ NO

CERTIFICATION

By signing this Complaint, I certify that the facts stated in this Complaint are true to the best of my knowledge, information and belief. I understand that if this certification is not correct, I may be subject to sanctions by the Court.

Signed this 19th day of Dec, 20 16

Talmon Hegwood, Jr.

[signature]

(Signature of plaintiff or plaintiffs)

(Print name)

2016120 4093

(I.D. Number)

Post Office Box 089002

Chicago, IL 60608

(Address)

SUBSCRIBED AND SWORN TO before me this the 3 day of JANUARY ~~2016~~ 2017

Thomas A. Keel

NOTARY PUBLIC

OFFICIAL SEAL
THOMAS A KEEL
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:12/27/17



# CHICAGO POLICE DEPARTMENT

3510 South Michigan Avenue/Chicago, Illinois
60653
Identification Section




CPD-31903C (REV. 7/04)

CRIMINAL HISTORY REPORT

ON PAROLE

IUU COMPLETE >>> CONVICTED FELON <<<

**HEGWOOD, TALMAN JR**

IR # **121196**
SID # **10937100**
FBI # **744716F**
IDOC # **N81140**

Current Arrest Information:

| | |
|---|---|
| Date of Birth: | 24-JUL-1947 |
| Age: | 68 years |
| Place of Birth: | ILLINOIS |
| Drivers License #: | |
| Drivers Lic. State: | |
| Scars, Marks &Tattoos: | |

CPD photo
MALE
BLACK
6'0"
170 lbs
EYES : BRO
HAIR : GRY
HAIR STYLE : AFRO
COMPLEXION : MBR

F - 𝍸𝍸 I
M - 𝍸 II
BF - 𝍸 II

E
15' theft - 18m IDOC
14' theft - 12m IDOC
14' R/T - 14 yrs
13' R/T
12' R/T - 8 yrs
08' R/T
07' R/T
03' R/T
03' R/T
01' R/T
88' R/T
74' theft

M
08' Rt
07' Drug paraph
07' CTA
03' R/T
03' Drug paraph
03' R/T
00' R/T

Key Historical Identifiers:

| Alias or AKA used | Date Used | Dates of Birth Used |
|---|---|---|
| HEGWOOD, TALMON (NMI) | 25-OCT-2007 | 14-MAR-1948 |
| HEGWOOD, TALMAN JR | 06-SEP-2007 | 14-MAR-1948 |
| HEGWOOD, TALMON | 16-JUL-2007 | 13-MAR-1948 |
| GROOMS, JAMES U | 03-DEC-2003 | 28-FEB-1949 |
| HEGWOOD, TALMON | 08-MAY-2003 | 14-MAR-1948 |
| HEGWOOD, TALMON | 10-JAN-2003 | 03-APR-1949 |
| HEGWOOD, TALMON | 14-JUN-1999 | 14-MAR-1948 |
| HEGWOOD, TALMON | 09-DEC-1998 | 14-MAR-1948 |
| HEGWOOD, TALMAN JR | 20-JAN-1991 | 13-MAR-1948 |
| HEGWOOD, TALMON JR | 11-MAY-1987 | Not Available |
| HEGWOOD, TALMON | 09-MAY-1987 | 14-MAR-1948 |
| HEGWOOD, TALMON JR | 23-MAY-1985 | 14-MAR-1948 |
| HEGWOOD, TALMAN JR | 27-JAN-1975 | Not Available |
| HEGWOOD, TALMAN JR | 04-DEC-1965 | 24-JUL-1947 |
| ULYSSES GROOMS | Not Available | Not Available |
| TALON HEGWOOD | Not Available | Not Available |
| TALMON JUNIOR HEGWOOD | Not Available | Not Available |
| TALMON JR HEGWOOD | Not Available | Not Available |
| TALMON JR HEDGWOOD | Not Available | Not Available |
| TALMON J HEGWOOD | Not Available | Not Available |
| TALMON HEGWOOD JR | Not Available | Not Available |
| TALMON HEGWOOD | Not Available | Not Available |
| TALMON HEGEWOOD JR | Not Available | Not Available |

Ex A

| | | |
|---|---|---|
| TALMON HEGE | Not Available | Not Available |
| TALMON HEDWOOD | Not Available | Not Available |
| TALMON D HEGWOOD | Not Available | Not Available |
| TALMON BENNETT HEGWOOD JR | Not Available | Not Available |
| TALMON BENNETT HEGWOOD | Not Available | Not Available |
| TALMON B HEGWOOD JR | Not Available | Not Available |
| TALMON B HEGWOOD | Not Available | Not Available |
| TALMON B HEAWOOD | Not Available | Not Available |
| TALMAN JR HEGWOOD | Not Available | Not Available |
| TALMAN HEGWOOD JR | Not Available | Not Available |
| ROBERT HEGWOOD | Not Available | Not Available |
| JOHN DOE | Not Available | Not Available |
| JAMES U GROOMS | Not Available | Not Available |
| JAMES GROOMS | Not Available | Not Available |
| BEN HEYWOOD | Not Available | Not Available |
| HEGWOOD, TALMAN | Not Available | Not Available |

Criminal Justice Summary: Total arrests: **51** (21 Felony, 23 Misdemeanor) Total convictions: **15**

## ARREST

Arrest Name: **HEGWOOD, TALMON** Arrest Date: **03-DEC-2016** Holding Facility: **BERWYN**
Date of Birth: **14-MAR-1948** Arrest Address: **7111 W CERMAK RD BERWYN, IL 60402**
DCN or CB: **019406016** Residence: **4642 S MICHIGAN AVE CHGO, IL 60653**
Officer: **STEFANO** Officer Badge#: Arresting Agency: **BERWYN**

| Count | Class | Type | Statute | Arrest Charge Description | Inchoate |
|---|---|---|---|---|---|
| [1] | 4 | F | 720 ILCS 5.0/16-25-A-1 | Retail Theft/Disp Merch/<$300/Preconv | OFFENSE AS CITED |

## ARREST

Arrest Name: **HEGWOOD, TALMON** Arrest Date: **02-DEC-2016** Holding Facility: **BERWYN**
Date of Birth: **14-MAR-1948** Arrest Address: **7111 W CERWAK RD BERWYN, IL 60402**
DCN or CB: **019406055** Residence: **4624 S MICHIGAN AVE # 358 CHGO, IL 60653**
Officer: **STEFANO** Officer Badge#: Arresting Agency: **BERWYN**

| Count | Class | Type | Statute | Arrest Charge Description | Inchoate |
|---|---|---|---|---|---|
| [1] | 3 | F | 720 ILCS 5.0/16-25-A-1 | Retail Theft/Disp Merch/>$300 | OFFENSE AS CITED |

## ARREST

Arrest Name: **HEGWOOD, TALMON** Arrest Date: **19-AUG-2015** Holding Facility: **NORTH RIVERSIDE**
Date of Birth: **14-MAR-1948** Arrest Address: **7501 W CERMAK RD NORTH RIVERSIDE, IL 60546**
DCN or CB: **019172091** Residence: **5125 S DAMEN AVE CHICAGO, IL 60609**
Officer: **GAEDE** Officer Badge#: **631** Arresting Agency: **NORTH RIVERSIDE**

| Count | Class | Type | Statute | Arrest Charge Description | Inchoate |
|---|---|---|---|---|---|
| [1] | 4 | F | 720 ILCS 5.0/16-25-A-1 | Retail Theft/Disp Merch/<$300/Preconv | OFFENSE AS CITED |

**COURT CHARGES/DISPOSITION**

# Medication List

Patient : HEGWOOD, TALMON
Address : 2800 S CALIFORNIA
CHICAGO, IL 60608
Phone :

Med Rec # : 00245990z
DOB : 03/15/48
Sex : Male
Physician :

## All Active Medications

**Medications**

**pantoprazole (pantoprazole 40 mg oral granule, enteric coated)**
= 1 TAB, PO, Daily, # 30 TAB, 0 Refill(s), 11/05/16 11:14:12, Pharmacy: Cook BC ER/Discharge Pharmacy

**hydrocortisone topical (hydrocortisone 1% topical cream) (hydrocortisone topical 1% Cre)**
1 APP, Cream, Topical, Q 8 hr kop, Application Site: Leg, Right, 12/05/16 9:00:00, 2 WEEK, 12/19/16 8:59:00

**selenium sulfide topical (selenium sulfide 2.25% topical shampoo) (selenium sulf 2.5% lotion 120mL)**
1 APP, Shampoo, Topical, Daily kop, Application Site: Scalp, 12/05/16 9:00:00, 4 WEEK, 01/02/17 8:59:00

**albuterol (Albuterol CFC free 90 mcg/inh inhalation aerosol with adapter) (albuterol CFC free 90 mcg/inh AER)**
2 PUFF, Inhalation, Inhalation, Q 6 hr kop, PRN, For Wheezing, Routine, 12/05/16 1:53:00, 02/27/17 1:52:00

**beclomethasone (beclomethasone 40 mcg/inh inhalation aerosol) (beclomethasone 40 mcg/inh AER MDI)**
2 PUFF, Inhalation, MDI, Q 12 hr kop, Routine, 12/05/16 9:00:00, 4 WEEK, 01/02/17 8:59:00

**albuterol (Albuterol CFC free 90 mcg/inh inhalation aerosol with adapter)**
2 PUFF, Inhalation, Q 6 Hr, # 3 EA, 0 Refill(s), 11/05/16 11:13:43, Pharmacy: Cook BC ER/Discharge Pharmacy

**beclomethasone (beclomethasone 40 mcg/inh inhalation aerosol)**
2 PUFF, MDI, Q 12 hr kop, # 3 EA, 0 Refill(s), 11/05/16 11:13:52, Pharmacy: Cook BC ER/Discharge Pharmacy

**enalapril (enalapril 20 mg Tab UD)**
20 MG = 1 TAB, Tab, PO, Daily, Routine, 12/05/16 9:00:00, 4 WEEK, 01/02/17 8:59:00

**hydrochlorothiazide (hydrochlorothiazide 25 mg Tab UD)**
25 MG = 1 TAB, Tab, PO, Daily, Routine, 12/05/16 9:00:00, 4 WEEK, 01/02/17 8:59:00

**NIFEdipine (NIFEdipine 30 mg oral tablet, extended release) (NIFEdipine 30 mg ER Tab UD)**
30 MG = 1 TAB, ER Tab, PO, Daily, 12/05/16 9:00:00, 4 WEEK, 01/02/17 8:59:00

**NIFEdipine (NIFEdipine 30 mg oral tablet, extended release)**
30 MG = 1 TAB, PO, Daily, # 30 TAB, 0 Refill(s), 11/05/16 11:16:00, Pharmacy: Cook BC ER/Discharge Pharmacy

**ferrous sulfate (ferrous sulfate 325 mg Tab (Iron 65 mg) UD)**
325 MG = 1 TAB, Tab, PO, Daily, Routine, 12/05/16 9:00:00, 4 WEEK, 01/02/17 8:59:00

**pantoprazole (pantoprazole 40 mg oral delayed release tablet)**
40 MG = 1 TAB, PO, Daily, # 30 TAB, 0 Refill(s), 12/04/16 23:20:00, rxshledredc

**pantoprazole (pantoprazole 40 mg DR Tab UD)**
40 MG = 1 TAB, Tab, PO, Daily, Routine, 12/05/16 9:00:00

**levETIRAcetam (leveTIRACetam 500 mg Tab UD)**
500 MG = 1 TAB, Tab, PO, Q 12 Hr, Routine, 12/05/16 9:00:00, 4 WEEK, 01/02/17 8:59:00

**acetaminophen (acetaminophen 325 mg oral tablet)**
650 MG = 2 TAB, PO, Q 6 Hr, PRN Pain Mild to Moderate (scale 1-6), # 30 TAB, 0 Refill(s), 11/05/16 11:14:00, Pharmacy: Cook BC ER/Discharge Pharmacy

**acetaminophen (acetaminophen 325 mg Tab UD)**
650 MG = 2 TAB, Tab, PO, Q 8 Hr, Routine, 12/05/16 5:00:00, 12/19/16 4:59:00

**aspirin (aspirin 81 mg oral delayed release tablet)**
81 MG = 1 TAB, PO, Daily, # 30 TAB, 0 Refill(s), 11/05/16 11:13:46, Pharmacy: Cook BC ER/Discharge Pharmacy

**aspirin (aspirin oral tablet, enteric coated) (aspirin EC 81 mg Tab UD)**
81 MG = 1 TAB, Tab, PO, Daily, Routine, 12/05/16 9:00:00, 4 WEEK, 01/02/17 8:59:00



IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS

PEOPLE OF THE STATE OF ILLINOIS

v.

TALMON HEGWOOD, JR.

No. 16400 3769

CCDOC No. 20161204093

TRANSMIT TO CERMAK:
FAX (773) 674-7177
TELEPHONE (773) 674-3013

## HEALTHCARE ORDER

This Court finds as follows:

❑ The Defendant has reported that s/he is suffering from the following health problem(s): Hepatitis C Virus
Chest Pain + Shortness of Breath

❑ The Defendant has reported that s/he has not received the following previously prescribed medication(s): Treatment for Hepatitis C
Medication For Skin Rash as ordered by Doctor

❑ The Defendant has exhibited the following unusual behavior:

❑ Other:

ENTERED
Judge Pamela M. Leeming
DEC 07 2016
DOROTHY BROWN
CLERK OF THE CIRCUIT COURT OF COOK COUNTY
DEPUTY CLERK

**IT IS HEREBY ORDERED** that the Defendant be promptly evaluated related to the concern(s) by appropriate health care personnel.

Prepared by:

ENTERED:

Dated: 12-7-16

Judge Judge's No.

DOROTHY BROWN, CLERK OF THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS

BERWYN POLICE DEPARTMENT

# ARREST REPORT

(For use by Police Department Personnel Only)

**FINAL APPROVAL**

**CB #:** 19406016
**IR #:** 121196
**YD #:**
**RD #:** 15-07477

## ARREST REPORTING

OFFENDER

**Name:** **HEGWOOD, Talmon**
**Res:** 4642 S Michigan Ave
Chgo, IL 60653
**DOB:** 14 March 1948
**AGE:** 68 years
**POB:** Illinois
**ARMED WITH** Unarmed

**Beat:** 3100

Male
Black
6' 01"
170 lbs
Brown Eyes
Grey/Part Grey Hair
Afro Hair Style
Medium Brown Complexion



**Arrest Date:** 03 December 2016 00:29
**TRR Completed?** No
**Location:** 7111 W Cermak Rd
Berwyn, IL 60402
261 - Small Retail Store
**Beat:** 3100
**Holding Facility:** Berwyn Lockup
**Resisted Arrest?** No

**Total No Arrested:** 1
**Co-Arrests**
**Assoc Cases**
**DCFS Ward ?** No
**Dependent Children?** No

**Victim**

1 Offense As Cited **720 ILCS 5.0/16-25-A-1**
03 DEC 2016 12:29 RETAIL THEFT/DISP MERCH/<$300/PRECONV
Class 4 - Type F

**NARCOTICS**

**NO NARCOTICS RECOVERED**

**IR #121196**

**NO WARRANT IDENTIFIED**

**CB #:19406016**

## ARREST REPORTING

VEHICLE

NO ARRESTEE VEHICLE INFORMATION ENTERED

**Confiscated Properties :**

All confiscated properties are recorded in the e-Track System. This system can be queried by the inventory number to retrieve all official court documents related to evidence and/or recovered properties.

PROPERTIES INFORMATION FOR HEGWOOD, Talmon, NOT AVAILABLE IN THE AUTOMATED ARREST SYSTEM.

(The facts for probable cause to arrest AND to substantiate the charges include, but are not limited to, the following)

SEE REPORT 15-07477/B#30783

**Desired Court Date:**

**Branch:**

**Court Sgt Handle?** No

BOND INFO

BOND INFORMATION NOT AVAILABLE

REPORTING PERSONNEL

## ARREST REPORTING

**ATTESTING OFFICER:**

I hereby declare and affirm, under penalty of perjury, that the facts stated herein are accurate to the best of my knowledge, information and/or belief.

**ARRESTING OFFICER(S):**

| | | Beat |
|---|---|---|
| 1st Arresting Officer: | STEFANO, C (BERWYN) | |

**APPROVING SUPERVISOR:**

BERWYN POLICE - ARREST REPORT

CB #: 19406016

HEGWOOD, Talmon

## ARREST PROCESSING REPORT

**Holding Facility:** Berwyn Lockup
**Received in Lockup:**
**Prints Taken:** 03 December 2016 01:32
**Palmprints Taken:** No
**Photograph Taken:** 03 December 2016 01:49
**Released from Lockup:**

**Time Last Fed:**
**Time Called:** **Phone#:**
**Cell #:** - Placed in one person cell
Placed under close observation
**Transport Details :**

### VISUAL CHECK OF ARRESTEE

| Question | Response |
|---|---|
| Is there obvious pain or injury? | Yes |
| Is there obvious signs of infection? | No |
| Under the influence of alcohol/drugs? | No |
| Signs of alcohol/drug withdrawal? | No |
| Appears to be despondent? | No |
| Appears to be irrational? | No |
| Carrying medication? | No |

### ARRESTEE QUESTIONNARIE

| Question | Response |
|---|---|
| (if female)are you pregnant? | No |
| First time ever been arrested? | No |
| Attempted suicide/serious harm? | No |
| Transgender/intersex/gender non-conforming? | No |
| Deaf/hard of hearing-request interpreter for court? | No |
| Interpreter needed? (indicate language) | No |
| Serious medical problems? | No |
| Serious mental problems? | No |

### ARRESTEE PRESCRIPTION MEDICATION INFORMATION:

| Question | Response | Medical Condition | Next Medication Due |
|---|---|---|---|
| Presently Taking Prescribed Medication? | No | | |

### RETURN TO HOLDING FACILITY COMMENTS:

### QUESTIONNAIRE REMARKS:

Is Infected With Hep-C

### LOCKUP KEEPER COMMENTS:

### EMERGENCY CONTACT

**Name :** REFUSED

**Res:** **Beat:**

**NO INTERVIEWS LOGGED**





BERWYN POLICE - ARREST REPORT

CB #: 19406016

HEGWOOD, Talmon

## ARREST PROCESSING REPORT

VISITOR LOG

NO VISITORS LOGGED

MOVEMENT LOG INFORMATION NOT AVAILABLE

Watch Commander Comments:

REL w/o CHARGING

DOES NOT APPLY TO THIS ARREST

**ARRESTEE PROCESSING PERSONNEL:**

| | | Beat |
|---|---|---|
| Searched By: | GAMINO, S | |
| Lockup Keeper: | GAMINO, S | |

**APPROVAL PERSONNEL:**

Beat

| Statute | Charge | Class | Case# |
|---|---|---|---|
| 720-5/16-25(A)(1) | THEFT/DISP MERCH/<$300/PRECON | F | 15C44050801 |

*Disposition:* SENTENCED/ILLINOIS DEPARTMENT OF CORRECTIONS *Disposition Date:* 13-JUN-2016
*Sentence:* DOC 000 YEARS 18 MONTHS 000 DAYS *Sentence Date:* 13-JUN-2016

CONVICTED

**COURT CHARGES/DISPOSITION**

| Statute | Charge | Class | Case# |
|---|---|---|---|
| 720-5/16-25-A-1 | RETAIL THEFT/DISP MERCH/<$300 | M | 15400447001 |

*Disposition:* SUPERCEDED BY INFORMATION *Disposition Date:* 31-AUG-2015
*Sentence:* *Sentence Date:*

*Disposition:* SUPERCEDED BY INFORMATION *Disposition Date:* 14-SEP-2015
*Sentence:* *Sentence Date:*

*Disposition:* NOLLE PROSEQUI *Disposition Date:* 14-SEP-2015
*Sentence:* *Sentence Date:*

## IDOC EVENT

**EVENT: ON PAROLE**

Institution Name: Parole Date: 2014-11-26
Case Number: 14C44084001 Discharge Date: 25-JUN-2016
Conditions of Parole: DRUG ABUSE PGM COND,

## ARREST

Arrest Name: HEGWOOD, TALMON Arrest Date: 29-NOV-2014 Holding Facility: BERWYN
Date of Birth: 14-MAR-1948 Arrest Address: 7100 W CERMAK BERWYN, IL 60402
DCN or CB: 019022374 Residence: 1458 S CANAL ST CHICAGO, IL 60607
Officer: SWIECIONIS Officer Badge#: 289 Arresting Agency: BERWYN

| Count | Class | Type | Statute | Arrest Charge Description | Inchoate |
|---|---|---|---|---|---|
| [1] | 4 | F | 720 ILCS 5.0/16-25-A-1 | Retail Theft/Disp Merch/<$300/Preconv | OFFENSE AS CITED |

**COURT CHARGES/DISPOSITION**

| Statute | Charge | Class | Case# |
|---|---|---|---|
| 720-5/16-25(A)(1) | THEFT/DISP MERCH/<$300/PRECON | F | 14C44084001 |

*Disposition:* SENTENCED/ILLINOIS DEPARTMENT OF CORRECTIONS *Disposition Date:* 24-JUN-2015
*Sentence:* DOC 001 YEARS 00 MONTHS 000 DAYS *Sentence Date:* 24-JUN-2015

CONVICTED

**COURT CHARGES/DISPOSITION**

| Statute | Charge | Class | Case# |
|---|---|---|---|
| 720-5/16-25-A-1 | RETAIL THEFT/DISP MERCH/<$300 | M | 14400634201 |

*Disposition:* SUPERCEDED BY INFORMATION *Disposition Date:* 17-DEC-2014
*Sentence:* *Sentence Date:*

*Disposition:* NOLLE PROSEQUI *Disposition Date:* 31-DEC-2014
*Sentence:* *Sentence Date:*

*Disposition:* SUPERCEDED BY INFORMATION *Disposition Date:* 31-DEC-2014
*Sentence:* *Sentence Date:*

ARREST

Arrest Name: HEGWOOD, TALMON
Date of Birth: 14-MAR-1948
DCN or CB: 018843913
Officer: NOVOTNY

Arrest Date: 26-FEB-2014 Holding Facility: NORTH RIVERSIDE
Arrest Address: 2208 S HARLEM AVE NORTH RIVERSIDE, IL 60546
Residence: 1458 S CANAL ST CHICAGO, IL 60607
Officer Badge#: 617 Arresting Agency: NORTH RIVERSIDE

14C440151

| Count | Class | Type | Statute | Arrest Charge Description | Inchoate |
|---|---|---|---|---|---|
| [1] | 4 | F | 720 ILCS 5.0/16-25-A-1 | Retail Theft/Disp Merch/<$300/Preconv | OFFENSE AS CITED |

COURT CHARGES/DISPOSITION

| Statute | Charge | Class | Case# |
|---|---|---|---|
| 720-5/16-25-A-1 | RETAIL THEFT/DISP MERCH/<$300 | M | 14400106501 |

(F)

*Disposition:* NOLLE PROSEQUI *Disposition Date:* 10-MAR-2014
*Sentence:* *Sentence Date:*

*Disposition:* SUPERCEDED BY INFORMATION *Disposition Date:* 10-MAR-2014
*Sentence:* *Sentence Date:*

IDOC EVENT

EVENT: RECEIVED Received Date: 26-MAR-2013
Institution Name: STATEVILLE Discharge Date: 14-MAY-2013

ARREST

Arrest Name: HEGWOOD, TALMON
Date of Birth: 14-MAR-1948
DCN or CB: 018617075
Officer: CEPHAS

Arrest Date: 16-MAR-2013 Holding Facility: CPD - CENTRAL MALE
Arrest Address: 2 N STATE ST CHICAGO, IL 60602
Residence: 1457 S CANAL ST CHICAGO, IL 60607
Officer Badge#: 16994 Arresting Agency: CPD

| Count | Class | Type | Statute | Arrest Charge Description | Inchoate |
|---|---|---|---|---|---|
| [1] | 3 | F | 720 ILCS 5.0/16-25-A-8 | Retail Theft - Obtains Unauthorized Control >$300 | OFFENSE AS CITED |

COURT CHARGES/DISPOSITION

| Statute | Charge | Class | Case# |
|---|---|---|---|
| 720-5/16-25(A)(1) | RETAIL THEFT/DISP MERCH/< | F | 13CR0635001 |

*Disposition:* SENTENCED/COUNTY DEPARTMENT OF CORRECTIONS *Disposition Date:* 21-JAN-2014
*Sentence:* JAIL 000 YEARS 00 MONTHS 364 DAYS *Sentence Date:* 21-JAN-2014

CONVICTED

ARREST

Arrest Name: HEGWOOD, TALMON
Date of Birth: 14-MAR-1948
DCN or CB: 018615863
Officer: DABE

Arrest Date: 15-MAR-2013 Holding Facility: CPD - CENTRAL MALE
Arrest Address: 3 W TERMINAL ST CHICAGO, IL 60666
Residence: 1415 S CANAL ST CHICAGO, IL 60607
Officer Badge#: 19810 Arresting Agency: CPD

| Count | Class | Type | Statute | Arrest Charge Description | Inchoate |
|---|---|---|---|---|---|
| [1] | - | | 725 ILCS 5.0/110-3 | Issuance Of Warrant | OFFENSE AS CITED |

IDOC EVENT

**EVENT: ON PAROLE**

Institution Name:
Case Number:

Parole Date:
Discharge Date: 14-MAY-2013

IDOC EVENT

**EVENT: RECEIVED**

Institution Name: STATEVILLE

Received Date: 05-DEC-2012
Discharge Date: 03-AUG-2013

IDOC EVENT

**EVENT: ON PAROLE**

Institution Name:
Case Number:

Parole Date:
Discharge Date: 03-AUG-2013

ARREST

Arrest Name: HEGWOOD, TALMON
Date of Birth: 14-MAR-1948
DCN or CB: 018545787
Officer: JOHNSON

Arrest Date: 25-NOV-2012 Holding Facility: CPD - CENTRAL MALE
Arrest Address: 1224 S WABASH AVE CHICAGO, IL 60605
Residence: 1458 S CANAL ST CHICAGO, IL 60607
Officer Badge#: 19454 Arresting Agency: CPD

| Count | Class | Type | Statute | Arrest Charge Description | Inchoate |
|---|---|---|---|---|---|
| [1] | 4 | F | 720 ILCS 5.0/16A-10-2 | Theft<$150/Prev Fel Convic | OFFENSE AS CITED |

**COURT CHARGES/DISPOSITION**

| Statute | Charge | Class | Case# |
|---|---|---|---|
| 720-5/16A-10-2 | THEFT<$150/PREV FEL CONV | M | 12113308701 |

*Disposition:* NOLLE PROSEQUI
*Sentence:*

*Disposition Date:* 03-DEC-2012
*Sentence Date:*

ARREST

Arrest Name: HEGWOOD, TALMON
Date of Birth: 14-MAR-1948
DCN or CB: 018510264
Officer: LEE

Arrest Date: 05-OCT-2012 Holding Facility: FOREST PARK
Arrest Address: 1100 DESPLAINES FOREST PARK, IL 60130
Residence: 1458 S CANAL ST CHICAGO, IL 60607
Officer Badge#: 226 Arresting Agency: FOREST PARK

| Count | Class | Type | Statute | Arrest Charge Description | Inchoate |
|---|---|---|---|---|---|
| [1] | B | M | 720 ILCS 5.0/21-3-A-2 | Criminal Trespass To Land | OFFENSE AS CITED |
| [1] | A | M | 720 ILCS 600.0/3.5-A | Pcs - Drug Paraphernalia - Possess | OFFENSE AS CITED |
| [1] | 3 | F | 720 ILCS 5.0/16-25-A-1 | Retail Theft/Motor Fuel/>$150 | OFFENSE AS CITED |

**COURT CHARGES/DISPOSITION**

| Statute | Charge | Class | Case# |
|---|---|---|---|
| 720-5/16-25-A-1 | RETAIL THEFT/MOTOR FUEL/> | M | 12400375101 |

*Disposition:* FINDING - NO PROBABLE CAUSE - DISMISSED *Disposition Date:* 18-OCT-2012
*Sentence:* *Sentence Date:*

**COURT CHARGES/DISPOSITION**

| Statute | Charge | Class | Case# |
|---|---|---|---|
| 720-5/21-3-A-2 | CRIMINAL TRESPASS TO LAND | M | 12400375101 |

*Disposition:* NOLLE PROSEQUI *Disposition Date:* 18-OCT-2012
*Sentence:* *Sentence Date:*

## ARREST

Arrest Name: HEGWOOD, TALMON
Date of Birth: 14-MAR-1948
DCN or CB: 018466628
Officer: BRYANT
Arrest Date: 05-AUG-2012 Holding Facility: FOREST PARK
Arrest Address: 7216 CIRCLE FOREST PARK, IL 60130
Residence: 1458 S CANAL ST CHICAGO, IL 60607
Officer Badge#: 250 Arresting Agency: FOREST PARK

| Count | Class | Type | Statute | Arrest Charge Description | Inchoate |
|---|---|---|---|---|---|
| [1] | 4 | F | 720 ILCS 5.0/16-25-A-1 | Retail Theft/Disp Merch/<$300/Preconv | OFFENSE AS CITED |
| [1] | A | M | 720 ILCS 600.0/3.5-A | Pcs - Drug Paraphernalia - Possess | OFFENSE AS CITED |

**COURT CHARGES/DISPOSITION**

| Statute | Charge | Class | Case# |
|---|---|---|---|
| 720-5/16-A-3-A | RETAIL THEFT/DISP MERCH/< | M | 12400465801 |

*Disposition:* NOLLE PROSEQUI *Disposition Date:* 16-AUG-2012
*Sentence:* *Sentence Date:*

## IDOC EVENT

**EVENT: RECEIVED** Received Date: 22-APR-2009
Institution Name: STATEVILLE Discharge Date: NOT CALCED

## ARREST

Arrest Name: HEGWOOD, TALMON
Date of Birth: 14-MAR-1948
DCN or CB: 017394162
Officer: PETERSEN
Arrest Date: 19-OCT-2008 Holding Facility: BERWYN
Arrest Address: 1200 S HARLEM BERWYN, IL 60402
Residence: 5125 S DAMEN AVE CHICAGO, IL 60609
Officer Badge#: 282 Arresting Agency: BERWYN

| Count | Class | Type | Statute | Arrest Charge Description | Inchoate |
|---|---|---|---|---|---|
| [1] | 3 | F | 720 ILCS 5.0/16A-3-A | Retail Theft - Shoplifting >150 | OFFENSE AS CITED |
| [1] | 4 | F | 720 ILCS 5.0/16-1-A-4 | Theft - Control Of Stolen Property/Prior Conviction | OFFENSE AS CITED |

**COURT CHARGES/DISPOSITION**

| Statute | Charge | Class | Case# |
|---|---|---|---|
| 720-5/16-1(a)(1) | THEFT/UNAUTHD CONTROL/>300<10K | F | 08CR2188301 |

*Disposition:* NOLLE PROSEQUI *Disposition Date:* 15-APR-2009
*Sentence:* *Sentence Date:*

**COURT CHARGES/DISPOSITION**

08CR 21883

| Statute | Charge | Class | Case# |
|---|---|---|---|
| 720-5/16-1-A-4-A | THEFT- CONTROL OF STOLEN | M | 08401062601 |

*Disposition:* NOLLE PROSEQUI *Disposition Date:* 14-NOV-2008
*Sentence:* *Sentence Date:*

*Disposition:* SUPERCEDED BY INDICTMENT *Disposition Date:* 14-NOV-2008
*Sentence:* *Sentence Date:*

## ARREST

Arrest Name: HEGWOOD, TALMON
Date of Birth: 13-MAR-1948
DCN or CB: 017304662
Officer: MCCLINTOCK

Arrest Date: 17-JUL-2008 Holding Facility: FOREST PARK
Arrest Address: 1300 S DESPLAINES FOREST PARK, IL 60130
Residence: 5125 S DAMEN AVE CHICAGO, IL 60609
Officer Badge#: Arresting Agency: FOREST PARK

| Count | Class | Type | Statute | Arrest Charge Description | Inchoate |
|---|---|---|---|---|---|
| [1] | 3 | F | 720 ILCS 5.0/16A-3-A | Retail Theft - Shoplifting >150 | OFFENSE AS CITED |

### COURT CHARGES/DISPOSITION

| Statute | Charge | Class | Case# |
|---|---|---|---|
| 720-5/16A-3(a) | RET THEFT/DISPLAY MERCH/>$150 | F | 08CR1630901 |

*Disposition:* SENTENCED/CONDITIONAL DISCHARGE *Disposition Date:* 10-OCT-2008
*Sentence:* CONDITIONAL DISCHARGE 000 YEARS 12 MONTHS 000 DAYS *Sentence Date:* 10-OCT-2008

*Disposition:* SENTENCED/ILLINOIS DEPARTMENT OF CORRECTIONS *Disposition Date:* 14-JUN-2012
*Sentence:* DOC 008 YEARS 00 MONTHS 000 DAYS *Sentence Date:* 14-JUN-2012 **CONVICTED**

*Disposition:* SENTENCED/ILLINOIS DEPARTMENT OF CORRECTIONS *Disposition Date:* 15-APR-2009
*Sentence:* DOC 009 YEARS 00 MONTHS 000 DAYS *Sentence Date:* 15-APR-2009 **CONVICTED**

### COURT CHARGES/DISPOSITION

| Statute | Charge | Class | Case# |
|---|---|---|---|
| 720-5/16A-3-A | RETAIL THEFT - SHOPLIFTIN | M | 08400709401 |

*Disposition:* NOLLE PROSEQUI *Disposition Date:* 22-AUG-2008
*Sentence:* *Sentence Date:*

*Disposition:* SUPERCEDED BY INDICTMENT *Disposition Date:* 22-AUG-2008
*Sentence:* *Sentence Date:*

## ARREST

Arrest Name: HEGWOOD, TALMON
Date of Birth: 14-MAR-1948
DCN or CB: 017160962
Officer: FITZGERALD

Arrest Date: 10-FEB-2008 Holding Facility: BERWYN
Arrest Address: 7163 CERMAK BERWYN, IL 60402
Residence: 5123 S DAMEN AVE CHICAGO, IL 60609
Officer Badge#: Arresting Agency: BERWYN

| Count | Class | Type | Statute | Arrest Charge Description | Inchoate |
|---|---|---|---|---|---|
| [1] | 3 | F | 720 ILCS 5.0/16A-3-A | Retail Theft - Shoplifting >150 | OFFENSE AS CITED |

### COURT CHARGES/DISPOSITION

| Statute | Charge | Class | Case# |
|---|---|---|---|
| 720-5/16A-3(a) | RET THEFT/DISP MERCH/<$150/1ST | F | 08CR0651401 |

Disposition: CHARGE AMENDED TO MISDEMEANOR | Disposition Date: 24-JUN-2008
Sentence: | Sentence Date:

CONVICTED

08CR 0454701

**COURT CHARGES/DISPOSITION**

| Statute | Charge | Class | Case# |
|---|---|---|---|
| 720-5/16A-3-A | RETAIL THEFT - SHOPLIFTIN | M | 08400138501 |

Disposition: NOLLE PROSEQUI | Disposition Date: 28-MAR-2008
Sentence: | Sentence Date:

Disposition: SUPERCEDED BY INDICTMENT | Disposition Date: 28-MAR-2008
Sentence: | Sentence Date:

M

## IDOC EVENT

**EVENT: ON PAROLE**

Institution Name: | Parole Date:
Case Number: | Discharge Date: 28-FEB-2008

## ARREST

Arrest Name: HEGWOOD, TALMON | Arrest Date: 04-JAN-2008 | Holding Facility: CPD - DISTRICT 011 MALE
Date of Birth: 14-MAR-1948 | Arrest Address: 1 N HALSTED ST CHICAGO, IL 60661
DCN or CB: 017128615 | Residence: 5123 S DAMEN AVE CHICAGO, IL 60609
Officer: LEHMAN | Officer Badge#: 19662 | Arresting Agency: CPD

| Count | Class | Type | Statute | Arrest Charge Description | Inchoate |
|---|---|---|---|---|---|
| [1] | 4 | F | 720 ILCS 5.0/16A-3-A | Retail Theft - Shoplifting - Less Than $150/2nd + | OFFENSE AS CITED |

**COURT CHARGES/DISPOSITION**

| Statute | Charge | Class | Case# |
|---|---|---|---|
| 720-5/16A-3-A | | M | 08110246201 |

Disposition: NOLLE PROSEQUI | Disposition Date: 17-JAN-2008
Sentence: | Sentence Date:

## ARREST

Arrest Name: HEGWOOD, TALMON (NMI) | Arrest Date: 25-OCT-2007 | Holding Facility: CPD - CENTRAL MALE
Date of Birth: 14-MAR-1948 | Arrest Address: 1224 S WABASH AVE CHICAGO, IL 60605
DCN or CB: 017055361 | Residence: 5123 S DAMEN AVE CHICAGO, IL 60609
Officer: SHUMPERT | Officer Badge#: 3378 | Arresting Agency: CPD

| Count | Class | Type | Statute | Arrest Charge Description | Inchoate |
|---|---|---|---|---|---|
| [1] | 3 | F | 720 ILCS 5.0/16A-3-A | Retail Theft - Shoplifting >150 | OFFENSE AS CITED |

**COURT CHARGES/DISPOSITION**

| Statute | Charge | Class | Case# |
|---|---|---|---|
| 720-5/16A-3(a) | RET THEFT/DISPLAY MERCH/>$150 | F | 07CR2328701 |

Disposition: SENTENCED/PROBATION - SPECIAL CONDITIONS | Disposition Date: 20-DEC-2007
Sentence: PROBATION/SPECIAL CONDITIONS 002 YEARS 00 MONTHS 000 | Sentence Date: 20-DEC-2007

CONVICTED

DAYS

*Disposition:* ARREST WARRANT - ORDERED AND ISSUED *Disposition Date:* 11-SEP-2008

*Sentence:* *Sentence Date:*

ARREST

Arrest Name: HEGWOOD, TALMON
Date of Birth: 14-MAR-1948
DCN or CB: 017025642
Officer: ORTIZ

Arrest Date: 24-SEP-2007 Holding Facility: BERWYN
Arrest Address: 7100 ROOSEVELT BERWYN, IL 60402
Residence: 5125 S DAMEN CHICAGO, IL 60609
Officer Badge#: 223 Arresting Agency: BERWYN

| Count | Class | Type | Statute | Arrest Charge Description | Inchoate |
|---|---|---|---|---|---|
| [1] | A | M | 720 ILCS 600.0/3.5-A | Pcs - Drug Paraphernalia - Possess | OFFENSE AS CITED |
| [1] | A | M | 720 ILCS 5.0/12-2-A-1 | Agg Assault - Gun,Knife,Othr Dangr Wpn | OFFENSE AS CITED |

COURT CHARGES/DISPOSITION

| Statute | Charge | Class | Case# |
|---|---|---|---|
| 720-5/12-2-A-1 | AGGRAVATED ASSAULT | M | 07400993901 |

*Disposition:* STRICKEN FROM DOCKET WITH LEAVE TO REINSTATE *Disposition Date:* 10-OCT-2007

*Sentence:* *Sentence Date:*

COURT CHARGES/DISPOSITION

| Statute | Charge | Class | Case# |
|---|---|---|---|
| 720-600/3.5 | POSSESS DRUG PARAPHERNALI | M | 07400993901 |

*Disposition:* SENTENCED/COUNTY DEPARTMENT OF CORRECTIONS *Disposition Date:* 10-OCT-2007

*Sentence:* JAIL 000 YEARS 00 MONTHS 017 DAYS *Sentence Date:* 10-OCT-2007

CONVICTED

ARREST

Arrest Name: HEGWOOD, TALMON
Date of Birth: 14-MAR-1948
DCN or CB: 017011684
Officer: GARTNER

Arrest Date: 11-SEP-2007 Holding Facility: OAK PARK
Arrest Address: 1119 W NORTH BLVD OAK PARK, IL 60302
Residence: 5125 S DAMEN CHICAGO, IL 60609
Officer Badge#: 345 Arresting Agency: OAKPARK

| Count | Class | Type | Statute | Arrest Charge Description | Inchoate |
|---|---|---|---|---|---|
| [1] | 3 | F | 720 ILCS 5.0/16A-3-A | Retail Theft - Shoplifting >150 | OFFENSE AS CITED |

COURT CHARGES/DISPOSITION

| Statute | Charge | Class | Case# |
|---|---|---|---|
| 720-5/16A-3-A | RETAIL THEFT - SHOPLIFTIN | M | 07400945601 |

*Disposition:* FINDING - NO PROBABLE CAUSE - DISMISSED *Disposition Date:* 14-SEP-2007

*Sentence:* *Sentence Date:*

ARREST

Arrest Name: HEGWOOD, TALMAN JR
Date of Birth: 14-MAR-1948
DCN or CB: 017006749
Officer: RIVERA

Arrest Date: 06-SEP-2007 Holding Facility: CPD - CENTRAL MALE
Arrest Address: 191 N CLARK ST CHICAGO, IL 60601
Residence: 5125 S DAMEN AVE CHICAGO, IL 60609
Officer Badge#: 7218 Arresting Agency: CPD

| Count | Class | Type | Statute | Arrest Charge Description | Inchoate |
|---|---|---|---|---|---|
| [1] | A | M | 720 ILCS 5.0/16A-3-A | Retail Theft - Shoplifting <$150 | OFFENSE AS CITED |

**COURT CHARGES/DISPOSITION**

| Statute | Charge | Class | Case# |
|---|---|---|---|
| 720-5/16A-3-A | RETAIL THEFT - SHOPLIFTIN | M | 07128861601 |

*Disposition:* BAIL BOND FORFEITURE — *Disposition Date:* 06-NOV-2007
*Sentence:* — *Sentence Date:*

*Disposition:* STRICKEN FROM DOCKET WITH LEAVE TO REINSTATE — *Disposition Date:* 06-NOV-2007
*Sentence:* — *Sentence Date:*

## ARREST

Arrest Name: HEGWOOD, TALMON — Arrest Date: 16-JUL-2007 — Holding Facility: CPD - CENTRAL MALE
Date of Birth: 13-MAR-1948 — Arrest Address: 230 S LA SALLE ST CHICAGO, IL 60604
DCN or CB: 016953837 — Residence: 5125 S DAMEN AVE CHICAGO, IL 60609
Officer: JOHNSON — Officer Badge#: 10199 — Arresting Agency: CPD

| Count | Class | Type | Statute | Arrest Charge Description | Inchoate |
|---|---|---|---|---|---|
| [1] | A | M | 720 ILCS 5.0/21-5 | Criminal Trespass To State Land | OFFENSE AS CITED |

## ARREST

Arrest Name: HEGWOOD, TALMON — Arrest Date: 12-JUL-2007 — Holding Facility: CPD - CENTRAL MALE
Date of Birth: 14-MAR-1948 — Arrest Address: 2 N STATE ST CHICAGO, IL 60602
DCN or CB: 016950536 — Residence: 5125 S DAMEN AVE CHICAGO, IL 60609
Officer: SMITH — Officer Badge#: 18332 — Arresting Agency: CPD

| Count | Class | Type | Statute | Arrest Charge Description | Inchoate |
|---|---|---|---|---|---|
| [1] | A | M | 720 ILCS 5.0/16A-3-A | Retail Theft - Shoplifting <$150 | OFFENSE AS CITED |

**COURT CHARGES/DISPOSITION**

| Statute | Charge | Class | Case# |
|---|---|---|---|
| 720-5/16A-3-A | RETAIL THEFT - SHOPLIFTIN | M | 07127237901 |

*Disposition:* BAIL BOND FORFEITURE — *Disposition Date:* 24-AUG-2007
*Sentence:* — *Sentence Date:*

*Disposition:* STRICKEN FROM DOCKET WITH LEAVE TO REINSTATE — *Disposition Date:* 24-AUG-2007
*Sentence:* — *Sentence Date:*

## IDOC EVENT

**EVENT: RECEIVED** — Received Date: 28-MAY-2005
Institution Name: STATEVILLE — Discharge Date: NOT CALCED

## ARREST

Arrest Name: GROOMS, JAMES U — Arrest Date: 03-DEC-2003 — Holding Facility: CPD - DISTRICT 015

Date of Birth: 28-FEB-1949 | Arrest Address: 124 N MAYFIELD AVE CHICAGO, IL 60644
DCN or CB: 015664065 | Residence: 5125 S DAMEN AVE CHICAGO, IL 60609
Officer: LEACH | Officer Badge#: 4927 | Arresting Agency: CPD

| Count | Class | Type | Statute | Arrest Charge Description | Inchoate |
|---|---|---|---|---|---|
| [1] | 4 | F | 720 ILCS 570.0/402-C | Pcs - Possession - Less Than 15 Grms - Cocaine | OFFENSE AS CITED |

**COURT CHARGES/DISPOSITION**

| Statute | Charge | Class | Case# |
|---|---|---|---|
| 720-570/402(C) | POSS AMT CON SUB EXCEPT(A | | 04CR0076901 |

*Disposition:* NOLLE PROSEQUI — *Disposition Date:* 26-MAY-2005
*Sentence:* — *Sentence Date:*

## ARREST

Arrest Name: HEGWOOD, TALMON | Arrest Date: 05-OCT-2003 | Holding Facility: CPD - CENTRAL MALE
Date of Birth: 14-MAR-1948 | Arrest Address: 111 S STATE ST CHICAGO, IL 60603
DCN or CB: 015604772 | Residence: 636 S STATE ST CHICAGO, IL 60605
Officer: LEWIS | Officer Badge#: 17776 | Arresting Agency: CPD

| Count | Class | Type | Statute | Arrest Charge Description | Inchoate |
|---|---|---|---|---|---|
| [1] | 4 | F | 720 ILCS 5.0/16A-3-H | Retail Theft - Obtains Unauthorized Control >150 | |

**COURT CHARGES/DISPOSITION**

| Statute | Charge | Class | Case# |
|---|---|---|---|
| 720 ILCS 5.0/16A-3-H | RETAIL THEFT - OBTAINS UNAUTHORIZED CONTROL >150 | | 03CR23243 |

*Disposition:* PLEA/GUILTY - FINDING OF GUILTY — *Disposition Date:* 13-NOV-2003
*Sentence:* PROBATION/SPECIAL CONDITIONS 30 MONTHS — *Sentence Date:* 13-NOV-2003

**CONVICTED**

## ARREST

Arrest Name: HEGWOOD, TALMON | Arrest Date: 23-MAY-2003 | Holding Facility: OAK PARK
Date of Birth: 14-MAR-1948 | Arrest Address: 200 W HARRISON ST OAK PARK, IL 60304
DCN or CB: 015470325 | Residence: 640 S STATE ST CHICAGO, IL 60602
Officer: CHARNOT | Officer Badge#: 313 | Arresting Agency: OAK PARK

| Count | Class | Type | Statute | Arrest Charge Description | Inchoate |
|---|---|---|---|---|---|
| [1] | A | M | 720 ILCS 5.0/16A-3-A | Retail Theft - Shoplifting <$150 | OFFENSE AS CITED |
| [1] | A | M | 720 ILCS 5.0/16-1-A-1 | Theft - Property, Exerts Unauth Control <300 | OFFENSE AS CITED |

**COURT CHARGES/DISPOSITION**

| Statute | Charge | Class | Case# |
|---|---|---|---|
| 720-5/16-1-A-1 | THEFT - PROPERTY, EXERTS | | 03400526501 |

*Disposition:* STRICKEN FROM DOCKET WITH LEAVE TO REINSTATE — *Disposition Date:* 30-MAY-2003
*Sentence:* — *Sentence Date:*

**COURT CHARGES/DISPOSITION**

| Statute | Charge | Class | Case# |
|---|---|---|---|
| 720-5/16A-3-A | RETAIL THEFT - SHOPLIFTIN | | 03400526501 |

*Disposition:* PLEA/GUILTY - FINDING OF GUILTY *Disposition Date:* 30-MAY-2003 **CONVICTED**
*Sentence:* CREDIT TIME SERVED 10 DAYS *Sentence Date:* 30-MAY-2003

## ARREST

Arrest Name: HEGWOOD, TALMON
Date of Birth: 14-MAR-1948
DCN or CB: 015455002
Officer: DE MONICA JR
Arrest Date: 08-MAY-2003 Holding Facility: CPD - DISTRICT 010
Arrest Address: 2259 S DAMEN AVE CHICAGO, IL 60608
Residence: 640 S STATE ST CHICAGO, IL 60605
Officer Badge#: 12119 Arresting Agency: CPD

| Count | Class | Type | Statute | Arrest Charge Description | Inchoate |
|---|---|---|---|---|---|
| [1] | - | | 725 ILCS 5.0/110-3 | Issuance Of Warrant | |

## ARREST

Arrest Name: HEGWOOD, TALMON
Date of Birth: 14-MAR-1948
DCN or CB: 015445043
Officer: LEE
Arrest Date: 27-APR-2003 Holding Facility: FOREST PARK
Arrest Address: 7200 FRANKLIN AVENUE FOREST PARK, IL 60130
Residence: 640 S STATE ST CHICAGO, IL 60605
Officer Badge#: 226 Arresting Agency: FOREST PARK

| Count | Class | Type | Statute | Arrest Charge Description | Inchoate |
|---|---|---|---|---|---|
| [1] | A | M | 720 ILCS 600.0/3.5-A | Pcs - Drug Paraphernalia - Possess | OFFENSE AS CITED |

### COURT CHARGES/DISPOSITION

| Statute | Charge | Class | Case# |
|---|---|---|---|
| 720-600/3.5 | PCS - DRUG PARAPHERNALIA | | 03400412201 |

*Disposition:* PLEA/GUILTY - FINDING OF GUILTY *Disposition Date:* 06-MAY-2003 **CONVICTED**
*Sentence:* DOC 13 DAYS *Sentence Date:* 06-MAY-2003

## ARREST

Arrest Name: HEGWOOD, TALMON
Date of Birth: 03-APR-1949
DCN or CB: 015344995
Officer: SALAS
Arrest Date: 10-JAN-2003 Holding Facility: FOREST PARK
Arrest Address: 1030 S MAPLE OAK PARK, IL 60302
Residence: 640 S STATE ST. CHICAGO, IL 60605
Officer Badge#: 233 Arresting Agency: FOREST PARK

| Count | Class | Type | Statute | Arrest Charge Description | Inchoate |
|---|---|---|---|---|---|
| [1] | A | M | 720 ILCS 5.0/31-1-A | Resist/Obstruct - Peace Officer/ Correctional Emp | OFFENSE AS CITED |
| [1] | A | M | 720 ILCS 600.0/3.5-A | Pcs - Drug Paraphernalia - Possess | OFFENSE AS CITED |
| [1] | 3 | F | 720 ILCS 5.0/16A-3-A | Retail Theft - Shoplifting >150 | OFFENSE AS CITED |

### COURT CHARGES/DISPOSITION

| Statute | Charge | Class | Case# |
|---|---|---|---|
| 720-5/16A-3(A) | RET THEFT/DISPLAY MERCH/> | | 03C44006801 |

*Disposition:* PLEA/GUILTY - FINDING OF GUILTY *Disposition Date:* 01-APR-2003 **CONVICTED**
*Sentence:* DOC 81 MONTHS *Sentence Date:* 01-APR-2003

### COURT CHARGES/DISPOSITION

| Statute | Charge | Class | Case# |
|---|---|---|---|

720-5/31-1 RESIST/OBSTRUCT - PEACE O 03400041201
*Disposition:* NOLLE PROSEQUI *Disposition Date:* 14-JAN-2003
*Sentence:* *Sentence Date:*

**COURT CHARGES/DISPOSITION**

| Statute | Charge | Class | Case# |
|---|---|---|---|
| 720-600/3.5 | PCS - DRUG PARAPHERNALIA | | 03400041201 |

*Disposition:* NOLLE PROSEQUI *Disposition Date:* 14-JAN-2003
*Sentence:* *Sentence Date:*

## ARREST

Arrest Name: HEGWOOD, TALMON
Date of Birth: 14-MAR-1948
DCN or CB: 015338095
Officer: SCHREY
Arrest Date: 03-JAN-2003 Holding Facility: CPD - CENTRAL MALE
Arrest Address: 1 E JACKSON BLVD CHICAGO, IL 60604
Residence: 646 S STATE ST CHICAGO, IL 60605
Officer Badge#: 12430 Arresting Agency: CPD

| Count | Class | Type | Statute | Arrest Charge Description | Inchoate |
|---|---|---|---|---|---|
| [1] | A | M | 720 ILCS 5.0/16A-3-A | Retail Theft - Shoplifting <$150 | |

**COURT CHARGES/DISPOSITION**

| Statute | Charge | Class | Case# |
|---|---|---|---|
| 720-5/16A-3-A | RETAIL THEFT - SHOPLIFTIN | 0 | 2003I190437 |

*Disposition:* PLEA/GUILTY - FINDING OF GUILTY *Disposition Date:* 08-MAY-2003
*Sentence:* PROBATION 002 YEARS 00 MONTHS 000 DAYS *Sentence Date:* 08-MAY-2003

CONVICTED

*Disposition:* BAIL BOND FORFEITURE *Disposition Date:* 03-FEB-2003
*Sentence:* NO SENTENCE 000 YEARS 00 MONTHS 000 DAYS *Sentence Date:*

## ARREST

Arrest Name: HEGWOOD, TALMON
Date of Birth: 14-MAR-1948
DCN or CB: 014668294
Officer: BOS
Arrest Date: 01-JAN-2001 Holding Facility: CPD - DISTRICT 009
Arrest Address: 4700 S ASHLAND AV CHICAGO, IL 60609
Residence: 7204 W 13 ST FOREST PARK, IL 60130
Officer Badge#: 11417 Arresting Agency: CPD

| Count | Class | Type | Statute | Arrest Charge Description | Inchoate |
|---|---|---|---|---|---|
| [1] | A | M | 720 ILCS 5.0/16A-3-A | Retail Theft - Shoplifting <$150 | |

**COURT CHARGES/DISPOSITION**

| Statute | Charge | Class | Case# |
|---|---|---|---|
| 720-5/16A-3(A) | RET THEFT/DISP MERCH/<$150/2+ | 0 | 2001CR02154 |

*Disposition:* SENTENCED/ILLINOIS DEPARTMENT OF CORRECTIONS *Disposition Date:* 13-JUL-2001
*Sentence:* DOC 005 YEARS 00 MONTHS 000 DAYS *Sentence Date:* 13-JUL-2001

CONVICTED

## ARREST

Arrest Name: HEGWOOD, TALMON
Date of Birth: 14-MAR-1948
DCN or CB: 014651803
Arrest Date: 07-DEC-2000 Holding Facility: CPD - DISTRICT 015
Arrest Address: 5467 W MADISON ST CHICAGO, IL 60644
Residence: 5125 S DAMEN AV CHICAGO, IL 60609

Officer: HIGHTOWER    Officer Badge#: 9420    Arresting Agency: CPD

| Count | Class | Type | Statute | Arrest Charge Description | Inchoate |
|---|---|---|---|---|---|
| [1] | A | M | 720 ILCS 5.0/16A-3-A | Retail Theft - Shoplifting <$150 | OFFENSE AS CITED |

**COURT CHARGES/DISPOSITION**

| Statute | Charge | Class | Case# |
|---|---|---|---|
| 720-5.0/16A-3-A | RETAIL THEFT/SHOPLIFTING | | 00131432401 |

Disposition: PLEA/GUILTY - FINDING OF GUILTY    Disposition Date: 08-DEC-2000
Sentence: CREDIT TIME SERVED 2 DAYS    Sentence Date: 08-DEC-2000

CONVICTED

ARREST

Arrest Name: HEGWOOD, TALMON    Arrest Date: 28-SEP-2000    Holding Facility: CPD - DISTRICT 018
Date of Birth: 14-MAR-1948    Arrest Address: 600 E GRAND AV CHICAGO, IL 00000
DCN or CB: 014594814    Residence: 646 S STATE ST CHICAGO, IL 60605
Officer: SOFIA    Officer Badge#: 2948    Arresting Agency: CPD

| Count | Class | Type | Statute | Arrest Charge Description | Inchoate |
|---|---|---|---|---|---|
| [1] | A | M | 720 ILCS 5.0/16A-3-A | Retail Theft - Shoplifting <$150 | |

**COURT CHARGES/DISPOSITION**

| Statute | Charge | Class | Case# |
|---|---|---|---|
| 720-5/16-1A1 | - | 0 | 20001318167 |

Disposition: BAIL BOND FORFEITURE - STRICKEN WITH LEAVE TO REINSTATE    Disposition Date: 09-NOV-2000
Sentence: NO SENTENCE 000 YEARS 00 MONTHS 000 DAYS    Sentence Date:

ARREST

Arrest Name: HEGWOOD, TALMON    Arrest Date: 25-JUN-2000    Holding Facility: NORTH RIVERSIDE
Date of Birth: 14-MAR-1948    Arrest Address: 7401 W 25TH ST. NORTH RIVERSIDE, IL 60546
DCN or CB: 014516010    Residence: 5125 S DAMEN AV CHICAGO, IL 60609
Officer: ECK    Officer Badge#: 111    Arresting Agency: NORTH RIVERSIDE

| Count | Class | Type | Statute | Arrest Charge Description | Inchoate |
|---|---|---|---|---|---|
| [1] | 3 | F | 720 ILCS 5.0/16A-3-A | Retail Theft - Shoplifting >150 | OFFENSE AS CITED |

**COURT CHARGES/DISPOSITION**

| Statute | Charge | Class | Case# |
|---|---|---|---|
| 720-5/16A-3 | RETAIL THEFT/ENHANCED | | 00400681501 |

Disposition: NOLLE PROSEQUI    Disposition Date: 03-JUL-2000
Sentence:    Sentence Date:

ARREST

Arrest Name: HEGWOOD, TALMON    Arrest Date: 23-JUN-2000    Holding Facility: CPD - DISTRICT 015
Date of Birth: 14-MAR-1948    Arrest Address: 224 N CENTRAL AV CHICAGO, IL 60644
DCN or CB: 014513880    Residence: 5125 S DAMEN AV CHICAGO, IL 60609
Officer: BERKOWITZ    Officer Badge#: 13022    Arresting Agency: CPD

| Count | Class | Type | Statute | Arrest Charge Description | Inchoate |
|---|---|---|---|---|---|
| [1] | A | M | 720 ILCS 5.0/31-1 | Resist/Peace Officer/Corr Emp | OFFENSE AS CITED |

**COURT CHARGES/DISPOSITION**

| Statute | Charge | Class | Case# |
|---|---|---|---|
| 720-5.0/31-1 | RESIST/PEACE OFFICER/CORR | 0 | 20001263399 |

*Disposition:* BAIL BOND FORFEITURE — *Disposition Date:* 27-JUL-2000
*Sentence:* NO SENTENCE 000 YEARS 00 MONTHS 000 DAYS — *Sentence Date:*

*Disposition:* NOLLE PROSEQUI — *Disposition Date:* 01-AUG-2000
*Sentence:* — *Sentence Date:*

## ARREST

Arrest Name: HEGWOOD, TALMON — Arrest Date: 14-JUN-1999 — Holding Facility: CPD - DISTRICT 008
Date of Birth: 14-MAR-1948 — Arrest Address: 6153 S WESTERN AV CHICAGO, IL 60636
DCN or CB: 014218131 — Residence: 5125 S DAMEN AV CHICAGO, IL 60609
Officer: KENNEDY — Officer Badge#: 11096 — Arresting Agency: CPD

| Count | Class | Type | Statute | Arrest Charge Description | Inchoate |
|---|---|---|---|---|---|
| [1] | 4 | F | 720 ILCS 5.0/16A-3-A | Retail Theft - Shoplifting - Less Than $150/2nd + | |

**COURT CHARGES/DISPOSITION**

| Statute | Charge | Class | Case# |
|---|---|---|---|
| 720 5/16A3A | | | 99115321601 |

*Disposition:* NOLLE PROSEQUI — *Disposition Date:* 12-JUL-1999
*Sentence:* — *Sentence Date:*

## ARREST

Arrest Name: HEGWOOD, TALMON — Arrest Date: 09-DEC-1998 — Holding Facility: CPD - DISTRICT 018
Date of Birth: 14-MAR-1948 — Arrest Address: 600 N MICHIGAN AV CHICAGO, IL 60611
DCN or CB: 014068507 — Residence: 5135 S DAMEN AV CHICAGO, IL 60609
Officer: FOSTER — Officer Badge#: 11780 — Arresting Agency: CPD

| Count | Class | Type | Statute | Arrest Charge Description | Inchoate |
|---|---|---|---|---|---|
| [1] | 4 | F | 720 ILCS 5.0/16A-3-A | Retail Theft - Shoplifting - Less Than $150/2nd + | |

**COURT CHARGES/DISPOSITION**

| Statute | Charge | Class | Case# |
|---|---|---|---|
| 720 5/16A-3(A | RETAIL THEFT/SHOPLIFTI | 0 | 19981415386 |

*Disposition:* BAIL BOND FORFEITURE - STRICKEN WITH LEAVE TO REINSTATE — *Disposition Date:* 19-JAN-1999
*Sentence:* NO SENTENCE 000 YEARS 00 MONTHS 000 DAYS — *Sentence Date:*

## ARREST

Arrest Name: HEGWOOD, TALMAN JR — Arrest Date: 20-JAN-1991 — Holding Facility:
Date of Birth: 13-MAR-1948 — Arrest Address: 7005 S VERNON CHICAGO, IL

DCN or CB: 008731909
Residence:
Officer: EVANS
Officer Badge#: 3655
Arresting Agency: CPD

| Count | Class | Type | Statute | Arrest Charge Description | Inchoate |
|---|---|---|---|---|---|
| [1] | A | M | BATT | Battery | |

**COURT CHARGES/DISPOSITION**

| Statute | Charge | Class | Case# |
|---|---|---|---|
| 38 12-3 | BATTERY | | 9111948630 |

*Disposition:* BAIL BOND FORFEITURE - STRICKEN WITH LEAVE TO REINSTATE *Disposition Date:* 30-JAN-1991
*Sentence:* *Sentence Date:*

## ARREST

Arrest Name: HEGWOOD, TALMON JR
Arrest Date: 19-AUG-1987
Holding Facility:
Date of Birth:
Arrest Address:
DCN or CB: 007866312
Residence:
Officer:
Officer Badge#:
Arresting Agency:

| Count | Class | Type | Statute | Arrest Charge Description | Inchoate |
|---|---|---|---|---|---|
| [1] | A | M | THEFT | Theft | |

**COURT CHARGES/DISPOSITION**

| Statute | Charge | Class | Case# |
|---|---|---|---|
| 38 16-3A | - | M | 87120744001 |

*Disposition:* STRICKEN FROM DOCKET WITH LEAVE TO REINSTATE *Disposition Date:* 01-SEP-1987
*Sentence:* *Sentence Date:*

## ARREST

Arrest Name: HEGWOOD, TALMON JR
Arrest Date: 18-JUL-1987
Holding Facility:
Date of Birth:
Arrest Address:
DCN or CB: 007845921
Residence:
Officer:
Officer Badge#:
Arresting Agency:

## ARREST

Arrest Name: HEGWOOD, TALMON JR
Arrest Date: 15-JUN-1987
Holding Facility:
Date of Birth:
Arrest Address:
DCN or CB: 007823787
Residence:
Officer:
Officer Badge#:
Arresting Agency:

| Count | Class | Type | Statute | Arrest Charge Description | Inchoate |
|---|---|---|---|---|---|
| [1] | A | M | THEFT | Theft | |

**COURT CHARGES/DISPOSITION**

| Statute | Charge | Class | Case# |
|---|---|---|---|
| 38-16A-3A | RETAIL THEFT | M | 87CR1267901 |

*Disposition:* BAIL BOND FORFEITURE - WARRANT *Disposition Date:* 01-OCT-1987

*Sentence:* **NO SENTENCE 000 YEARS 00 MONTHS 000 DAYS** *Sentence Date:*
*Disposition:* **FINDING OF GUILTY** *Disposition Date:* **04-MAR-1988**
*Sentence:* **ILLINOIS DEPT. CORRECTIONS 002 YEARS 00 MONTHS 000 DAYS** *Sentence Date:* **04-MAR-1988**

CONVICTED

## ARREST

Arrest Name: **HEGWOOD, TALMON JR** Arrest Date: **30-MAY-1987** Holding Facility:
Date of Birth: Arrest Address:
DCN or CB: **007813343** Residence:
Officer: Officer Badge#: Arresting Agency:

## ARREST

Arrest Name: **HEGWOOD, TALMON JR** Arrest Date: **15-MAY-1987** Holding Facility:
Date of Birth: Arrest Address:
DCN or CB: **007804114** Residence:
Officer: Officer Badge#: Arresting Agency:

## ARREST

Arrest Name: **HEGWOOD, TALMON JR** Arrest Date: **11-MAY-1987** Holding Facility:
Date of Birth: Arrest Address:
DCN or CB: **007801285** Residence:
Officer: Officer Badge#: Arresting Agency:

| Count | Class | Type | Statute | Arrest Charge Description | Inchoate |
|---|---|---|---|---|---|
| [1] | A | M | CTTV | **Criminal Trespass To Vehicle** | |

### COURT CHARGES/DISPOSITION

| Statute | Charge | Class | Case# |
|---|---|---|---|
| 38 21-2 | CRIM TRESPS TO VEHIC | M | 87111170901 |

*Disposition:* **BAIL BOND FORFEITURE - STRICKEN WITH LEAVE TO REINSTATE** *Disposition Date:* **03-JUN-1987**
*Sentence:* **NO SENTENCE 000 YEARS 00 MONTHS 000 DAYS** *Sentence Date:*

## ARREST

Arrest Name: **HEGWOOD, TALMON** Arrest Date: **09-MAY-1987** Holding Facility:
Date of Birth: **14-MAR-1948** Arrest Address:
DCN or CB: **007800561** Residence:
Officer: Officer Badge#: Arresting Agency:

| Count | Class | Type | Statute | Arrest Charge Description | Inchoate |
|---|---|---|---|---|---|
| [1] | A | M | CTTV | **Criminal Trespass To Vehicle** | |

### COURT CHARGES/DISPOSITION

| Statute | Charge | Class | Case# |
|---|---|---|---|
| 38 21-2 | CRIM TRESPS TO VEHIC | | 87111170901 |

*Disposition:* **BAIL BOND FORFEITURE - STRICKEN WITH LEAVE TO REINSTATE** *Disposition Date:* **03-JUN-1987**

Sentence: Sentence Date:

ARREST

Arrest Name: **HEGWOOD, TALMON JR** Arrest Date: **23-MAY-1985** Holding Facility:
Date of Birth: **14-MAR-1948** Arrest Address:
DCN or CB: **007357674** Residence:
Officer: Officer Badge#: Arresting Agency:

| Count | Class | Type | Statute | Arrest Charge Description | Inchoate |
|---|---|---|---|---|---|
| [1] | A | M | THEFT | Theft | |

ARREST

Arrest Name: **HEGWOOD, TALMAN JR** Arrest Date: **12-MAR-1975** Holding Facility:
Date of Birth: Arrest Address:
DCN or CB: **004323024** Residence: **CHICAGO, IL**
Officer: Officer Badge#: Arresting Agency:

| Count | Class | Type | Statute | Arrest Charge Description | Inchoate |
|---|---|---|---|---|---|
| [1] | A | M | THEFT | Theft | |

ARREST

Arrest Name: **HEGWOOD, TALMAN JR** Arrest Date: **27-JAN-1975** Holding Facility:
Date of Birth: Arrest Address:
DCN or CB: **004285195** Residence: **CHICAGO, IL**
Officer: Officer Badge#: Arresting Agency:

| Count | Class | Type | Statute | Arrest Charge Description | Inchoate |
|---|---|---|---|---|---|
| [1] | F | | AGG BATT | Aggravated Battery/Great Bodily Harm | |

ARREST

Arrest Name: **HEGWOOD, TALMAN JR** Arrest Date: **12-DEC-1974** Holding Facility:
Date of Birth: **24-JUL-1947** Arrest Address:
DCN or CB: **000235708** Residence: **CHICAGO, IL**
Officer: Officer Badge#: Arresting Agency:

| Count | Class | Type | Statute | Arrest Charge Description | Inchoate |
|---|---|---|---|---|---|
| [1] | L | | AGG ASSLT | Aggravated Assault | |

ARREST

Arrest Name: **HEGWOOD, TALMAN JR** Arrest Date: **25-JUL-1974** Holding Facility:
Date of Birth: **24-JUL-1947** Arrest Address:
DCN or CB: **004140755** Residence: **CHICAGO, IL**
Officer: Officer Badge#: Arresting Agency:

| Count | Class | Type | Statute | Arrest Charge Description | Inchoate |
|---|---|---|---|---|---|

| | | | | | |
|---|---|---|---|---|---|
| [1] | A | M | THEFT | Theft | ATTEMPT |

ARREST

Arrest Name: **HEGWOOD, TALMAN JR** Arrest Date: **30-MAY-1974** Holding Facility:
Date of Birth: **24-JUL-1947** Arrest Address:
DCN or CB: **000235710** Residence: **CHICAGO, IL**
Officer: Officer Badge#: Arresting Agency:

| Count | Class | Type | Statute | Arrest Charge Description | Inchoate |
|---|---|---|---|---|---|
| [1] | A | M | THEFT | Theft | |

ARREST

Arrest Name: **HEGWOOD, TALMAN JR** Arrest Date: **23-JAN-1974** Holding Facility:
Date of Birth: **24-JUL-1947** Arrest Address:
DCN or CB: **003999537** Residence: **CHICAGO, IL**
Officer: Officer Badge#: Arresting Agency:

| Count | Class | Type | Statute | Arrest Charge Description | Inchoate |
|---|---|---|---|---|---|
| [1] | A | M | THEFT | Theft | |

**COURT CHARGES/DISPOSITION**

| Statute | Charge | Class | Case# |
|---|---|---|---|
| NO FOID | | | |

*Disposition:* **DISMISSED** *Disposition Date:* **13-JUN-1974**
*Sentence:* *Sentence Date:*

**COURT CHARGES/DISPOSITION**

| Statute | Charge | Class | Case# |
|---|---|---|---|
| THEFT | | | |

*Disposition:* **DISMISSED** *Disposition Date:* **13-JUN-1974**
*Sentence:* *Sentence Date:*

**COURT CHARGES/DISPOSITION**

| Statute | Charge | Class | Case# |
|---|---|---|---|
| UUW | | | |

*Disposition:* **DISMISSED** *Disposition Date:* **13-JUN-1974**
*Sentence:* *Sentence Date:*

ARREST

Arrest Name: **HEGWOOD, TALMAN JR** Arrest Date: **17-DEC-1966** Holding Facility:
Date of Birth: **24-JUL-1947** Arrest Address:
DCN or CB: **002144465** Residence: **CHICAGO, IL**
Officer: Officer Badge#: Arresting Agency:

| Count | Class | Type | Statute | Arrest Charge Description | Inchoate |
|---|---|---|---|---|---|
| [1] | A | M | CTTV | Criminal Trespass To Vehicle | |

ARREST

Arrest Name: **HEGWOOD, TALMAN JR** Arrest Date: **04-DEC-1965** Holding Facility:
Date of Birth: **24-JUL-1947** Arrest Address:
DCN or CB: **001892394** Residence: **CHICAGO, IL**
Officer: Officer Badge#: Arresting Agency:

| Count | Class | Type | Statute | Arrest Charge Description | Inchoate |
|---|---|---|---|---|---|
| **[1]** | **A** | **M** | **CON DEL CHILD** | **Contributing To Delinquency Of Child** | |

***End of Report***

This Chicago Police Department IR rap-sheet should not replace the use of the Illinois State Police statewide criminal history transcript, which may contain additional criminal history data and can be obtained by performing a CQR1 inquiry via your LEADS terminal.

03-DEC-2016 06:13 Requested by: IL016SADAK

Talmon Hegwood, Jr.
#20161204093 D-2-D-2-M-32
Post Office Box 089002
Chicago, IL 60608




1:17-cv-0128
Judge Andrea R. Wood
Magistrate Judge Sidney I. Schenkier
PC1




MT

pc

01/06/2017-35

Clerk
United States District Court
Northern District of Illinois
Eastern Division
219 South Dearborn Street
Chicago, IL 60604