# IN THE UNITED STATES DISTRICT COURT
# FOR THE
# NORTHERN DISTRICT OF ILLINOIS

Talmon Hegwood,

Plaintiff(s),

v.

Nneka Jones Tapia, et al.,

Defendant(s).

Case No. 17-cv-00128
Judge Andrea R. Wood

## JUDGMENT IN A CIVIL CASE

Judgment is hereby entered (check appropriate box):

☐ in favor of plaintiff(s)
and against defendant(s)
in the amount of $    ,

which ☐ includes    pre–judgment interest.
☐ does not include pre–judgment interest.

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment.

Plaintiff(s) shall recover costs from defendant(s).

☒ in favor of defendant(s) Nneka Jones Tapia, Teresa Olson, Tony Preckwinkle, Maretta Lake, Lester Hampton, Tom Dart, Geary Kull, Mark Teague, Thomas Comstock, Yolanda Tate, Thomas Keel, D Gray, S Roman, M Starks, Casey Stefano, and Jane Doe
and against plaintiff(s) Talmon Hegwood.

Defendant(s) shall recover costs from plaintiff(s).

☐ other:

This action was *(check one)*:

☐ tried by a jury with Judge    presiding, and the jury has rendered a verdict.
☐ tried by Judge    without a jury and the above decision was reached.
☒ decided by Judge Andrea Wood on a motion for leave to amend [109] and by order [139].

Date: 8/5/2019

Thomas G. Bruton, Clerk of Court

Enjoli Fletcher, Deputy Clerk